*UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 18-256-S-EJL |
| Plaintiff, | ORDER TO UNSEAL |
| vs. | |
| SERGEY PETORS ZAGORODNY, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Motion to Unseal the Indictment in the above matter is GRANTED.

DATED: August 22, 2018

*[signature]*
Honorable Ronald E. Bush
Chief U.S. Magistrate Judge

ORDER - 1